UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE T. NERO,<br><br>   Petitioner,<br><br>   v.<br><br>P.L. VAZQUEZ (WARDEN), ET AL.,<br><br>   Respondents. | CASE NO. CV 12-2111-SVW (PJW)<br><br>ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED |

On March 13, 2012, Petitioner filed a Petition for Writ of Habeas Corpus, seeking to challenge his October 2007 state conviction for murder. (Petition at 2.)  In the Petition, he claims that he received ineffective assistance of counsel in various ways, the trial court improperly excluded expert testimony, the prosecution committed misconduct, the evidence was insufficient to support his conviction, and the cumulative effect of these errors denied him due process of law.  (Petition at 6, 6b.)  For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations.  28 U.S.C. § 2244(d).  Here, Petitioner's conviction

became final on August 10, 2010--90 days after the state supreme court denied his petition for review and the time expired for him to file a petition for writ of certiorari with the United States Supreme Court. *See, e.g., Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir. 2005). Therefore, the statute of limitations expired one year later, on August 10, 2011. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001). Petitioner, however, did not file this Petition until March 13, 2012, seven months after the deadline.

IT IS THEREFORE ORDERED that, no later than **April 16, 2012**, Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations. Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED:   March 15, 2012

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\NERO, B 2111\OSC dismiss pet.wpd