**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENNIE T. NERO,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>P.L. VAZQUEZ, Warden,<br><br>　　　　Respondent. | NO. CV 12-2111 FMO (AS)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 27, 2014

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE